October 23, 2014



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF E.H., A.H., AND E.H., CHILDREN

NO. 14-13-00622-CV

_____

This cause, an appeal from the Order Denying Registration of Foreign Judgment Following De Novo Appeal, signed April 17, 2013, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, the Office of the Attorney General, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.